NOVEMBER 22, 1989

No. A–378 (89–5892). SILVA *v.* CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

NOVEMBER 27, 1989

No. 89–5863. GOUDIE, AKA WEBSTER *v.* GENERAL TELEPHONE COMPANY OF THE SOUTHEAST ET AL. Appeal from Cir. Ct. W. Va., Jefferson County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–787. IN RE DISBARMENT OF PRANTIL. Disbarment entered. [For earlier order herein, see 490 U. S. 1062.]

No. D–836. IN RE DISBARMENT OF EVANS. It is ordered that James Clifford Evans, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–837. IN RE DISBARMENT OF MARCONE. It is ordered that Frank J. Marcone, of Springfield, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.